IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN E. MARION,

    Petitioner,

v.      CIVIL ACTION NO.: CV210-143

JOE BADEN, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Marion asserts his sentence is void and his petition is not untimely. He offers no evidence in support of these contentions, but instead poses irrelevant questions, such as, "Why would the court ask petitioner not to appeal his convictions and sentences as part of the plea bargain?" and "How would the Queen of England answer this question?" (Doc. No. 10, p. 4).

Marion's Objections are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Marion's petition is **DISMISSED** with prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA